IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
for the use and benefit of
LAND-MARK PROFESSIONAL
SURVEYING, INC.,
    Plaintiff,

vs.                                CASE NO.: 1:04cv173-SPM/AK

ACE CONSTRUCTORS, INC. and
AIG TECHNICAL SERVICES, INC.,
    Defendants.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation of Dismissal With Prejudice (doc. 19) and Federal Rule of Civil Procedure 41(a)(1)(Ii).  Accordingly, the clerk shall close this case.

SO ORDERED this 21st day of November, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge